IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JOANN BRYANT, etc., et al.,<br><br>    Plaintiff,<br>v.<br><br>HARRIS COUNTY, et al.,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>_____<br><br>STATE CIVIL ACTION<br>FILE NO. 17-CV-355<br>(HARRIS COUNTY, GEORGIA<br>SUPERIOR COURT) |

**NOTICE OF REMOVAL**

Under 28 U.S.C. §§ 1441, 1446, Defendants in the above-styled case give notice that the above-styled case is removed from the Superior Court of Harris County, Georgia, to the United States District Court for the Middle District of Georgia, Columbus Division, on the following grounds:

1. This notice is filed on behalf of all named Defendants in the above-styled case.

2. This action was commenced in the Superior Court of Harris County, Georgia, as Civil Action File No. 17-CV-355. It is a civil suit under 42 U.S.C. § 1983 for damages based on alleged denial of Eighth and Fourteenth Amendment rights protected by federal law. The federal claim was added in the first amended complaint filed April 24, 2018. No federal claim was previously pled.

- 1 -

Plaintiff also alleges violations of state law.  Copies of the original complaint and first amended complaint are attached, as are all other process, pleadings, and orders served upon or provided to Defendants.  In addition, Defendants have attached their motions to dismiss, responses, and replies.  These motions have been pending in the Superior Court of Harris County but have not yet been decided.  The following exhibits, with the dates of filing, are attached:

| Exhibit | Date of Filing | Description |
|---|---|---|
| A | 11/11/2017 | Complaint |
| B | 11/11/2017 | Summons |
| C | 11/13/2017 | Order Appointing Private Process Server |
| D | 11/14/2017 | Affidavit of Service on Barber |
| E | 11/14/2017 | Affidavit of Service on Ga. Dept. of Admin. Services, Risk Management |
| F | 11/14/2017 | Affidavit of Service on Flowers |
| G | 11/14/2017 | Affidavit of Service on Garren |
| H | 11/14/2017 | Affidavit of Service on Haden |
| I | 11/14/2017 | Affidavit of Service on Harris County Prison |
| J | 11/14/2017 | Affidavit of Service on Maddox |
| K | 11/14/2017 | Affidavit of Service on McDowell |
| L | 11/14/2017 | Affidavit of Service on Moore |
| M | 11/14/2017 | Affidavit of Service on Walker |
| N | 11/14/2017 | Affidavit of Service on Ga. Dept. of Corrections Deputy Commissioner Dozier |
| O | 11/14/2017 | Affidavit of Service on Harris County |
| P | 11/14/2017 | Sherriff's Entry of Service on Chris Carr |
| Q | 12/12/2017 | Waiver of Service by Barber |
| R | 12/12/2017 | Waiver of Service by Flowers |

| Exhibit | Date of Filing | Description |
|---|---|---|
| S | 12/12/2017 | Waiver of Service by Garren |
| T | 12/12/2017 | Waiver of Service by Maddox |
| U | 12/12/2017 | Waiver of Service by McDowell |
| V | 12/12/2017 | Waiver of Service by Moore |
| W | 12/12/2017 | Waiver of Service by Walker |
| X | 12/14/2017 | Answer by Ga. Dept. of Corrections |
| Y | 12/14/2017 | Motion to Dismiss by Ga. Dept. of Corrections |
| Z | 12/20/2017 | Answer by Garren |
| AA | 12/20/2017 | Answer by Maddox |
| BB | 12/20/2017 | Answer by Barber |
| CC | 12/20/2017 | Answer by Walker |
| DD | 12/20/2017 | Answer by Harris County Prison |
| EE | 12/20/2017 | Answer by Harris County |
| FF | 12/20/2017 | Answer by McDowell |
| GG | 12/20/2017 | Answer by Flowers |
| HH | 12/20/2017 | Answer by Moore |
| II | 12/20/2017 | Motion to Dismiss by Harris County, Harris County Prison, Garren, Maddox, Walker, McDowell, Flowers, Moore, and Barber |
| JJ | 1/10/2018 | Answer by Haden |
| KK | 1/10/2018 | Motion to Dismiss by Haden |
| LL | 1/15/2018 | Pl.'s Response to Motion to Dismiss by Ga. Dept. of Corrections |
| MM | 1/19/2018 | Pl.'s Response to Motion to Dismiss by Harris County Defs. |
| NN | 2/9/2018 | Joint Stipulation to Dismiss Harris County Prison |
| OO | 2/9/2018 | Pl.'s Response to Motion to Dismiss by Haden |
| PP | 4/24/2018 | First Amended Complaint (adding federal claims) |

3. This Court has original jurisdiction under 28 U.S.C. §§ 1331 and 1343.

4. Under 28 U.S.C. § 90(b)(3), the United States District Court for the Middle District of Georgia, Columbus Division, has jurisdiction over this action and is the district court having venue over the geographical area where the state court action is pending.

5. Defendants first received notice of these federal claims when they were served with the first amended complaint on April 24, 2018. This notice of removal is timely filed and this action is properly removable.

WHEREFORE Defendants pray that this cause be removed to the United States District Court, Columbus Division, Middle District of Georgia, and that no further proceedings occur in the Superior Court of Harris County, Georgia.

Respectfully submitted,

HOLLBERG & WEAVER, LLP


s/George M. Weaver
George M. Weaver            743150
Attorneys for Defendant Haden

2921 Piedmont Road, N.E., Suite C
Atlanta, Georgia 30305
(404) 760-1116
(404) 760-1136 (fax)
gweaver@hw-law.com

|  |  |
|---|---|
|  | HALL BOOTH SMITH PC |
|  |  |
|  | s/Russell A. Britt |
|  | Kenneth Drew Jones            402101 |
|  | Russell A. Britt                    473664 |
|  | Attorneys for Defendants Harris County, Garren, Maddox, Walker, McDowell, Flowers, Moore and Barber |
| 191 Peachtree Street NE Suite 2900 Atlanta, GA 30303 (404) 954-5000 KJones@hallboothsmith.com RBritt@hallboothsmith.com |  |
|  | CHRISTOPHER M. CARR     112505 Attorney General |
|  |  |
|  | KATHLEEN M. PACIOUS     558555 Deputy Attorney General |
|  |  |
|  | LORETTA L. PINKSTON-POPE 580385 Senior Assistant Attorney General |
|  |  |
|  | s/William Peters |
|  | WILLIAM PETERS               515342 |
|  | JARED M. CAMPBELL         623007 |
|  | Assistant Attorneys General |
|  | Attorneys for Defendant Georgia Department of Corrections |
| Georgia Department of Law 40 Capitol Square SW Atlanta, Georgia 30334 (404) 656-3370 jcampbell@law.ga.gov |  |

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JOANN BRYANT, etc., et al.,<br><br>     Plaintiff,<br>v.<br><br>HARRIS COUNTY, et al.,<br><br>     Defendants. | CIVIL ACTION FILE NO.<br><br>_____ |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing NOTICE OF REMOVAL AND EXHIBITS with the Clerk of Court using the CM/ECF system and served the opposing parties by mailing a copies, with sufficient postage attached, to:

> Darren W. Penn, Esq.
> 4200 Northside Parkway
> Building One, Suite 100
> Atlanta, GA  30327
>
> Kenneth Drew Jones, Esq.
> Russell A. Britt, Esq.
> HALL BOOTH SMITH PC
> 191 Peachtree Street NE, Suite 2900
> Atlanta, GA 30303

- 1 -

Jared Campbell, Esq.
William Peters, Esq.
Assistant Attorney General
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia 30334

This 24th day of May, 2018.

                                HOLLBERG & WEAVER, LLP

                                s/George M. Weaver
                                George M. Weaver     743150
                                Attorneys for Defendant Haden

2921 Piedmont Road, N.E., Suite C
Atlanta, Georgia  30305
(404) 760-1116
gweaver@hw-law.com

- 2 -