IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JOANN BRYANT, | * |
| Plaintiff, | * |
| v. | Case No. 4:18-CV-00106-CDL |
| | * |
| CRYSTAL GAIL GARREN, *et al.,* | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Orders dated October 26, 2018 and February 5, 2020, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants on Plaintiff's federal claims. Plaintiff's state law claims are remanded to the Superior Court of Harris County. Defendants shall recover the costs of this action.

This 6th day of February, 2020.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk